MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 7/19/04
Docket Number: 03-2714-pr
Short Title: Kakaletris v. USA
DC Docket Number: 01-cv-1287
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Peter Dorsey

DC Initials CTDC, nhct

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 19th day of July two thousand four.

PAUL KAKALETRIS,

    Petitioner - Appellant,

v.                                                                            03-2714-pr

UNITED STATES OF AMERICA, and FREDERICK MENIFEE, Warden FCI Otisville,

    Respondents - Appellees.

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
    it is ordered that the appeal from the order of 9/3/03 United States
    District Court for the District Court of Connecticut be and it hereby is dismissed.

A TRUE COPY
[signature] B. MacKechnie, CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Elizabeth Munoz
Deputy Clerk

Certified: JUL 1 9 2004