D.Conn.
01-cv-1287
Dorsey, J.

FILED

MANDATE

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

06 OCT 27 P 1: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the _12th_ day of _October_, two thousand six.

Present:
    Hon. Wilfred Feinberg,
    Hon. José A. Cabranes,
    Hon. Robert D. Sack,
        *Circuit Judges.*

---

Paul Kakaletris,

        Petitioner-Appellant,

v.                                                                 03-2714-pr

United States of America, and Frederick Menifee,
Warden FCI, Otisville,

        Respondents-Appellees.

---

Appellant, *pro se*, moves to reinstate the appeal and for a certificate of appealability and for appointment of counsel. Upon due consideration, it is ORDERED that the motion to reinstate the appeal is GRANTED, and the others are DENIED and the appeal is DISMISSED because Appellant has not made a showing that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling," *Slack v. McDaniel*, 529 U.S. 473, 478 (2000), as to the untimeliness of the appellant's petition filed pursuant to 28 U.S.C. § 2254. Moreover, because the appellant's claim lacks merit, he has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Miller-El v. Cockrell*, 537 U.S. 322 (2003).

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By _Lucille Carr_

SAO/ED

OCT 1 2 2006

Certified:   OCT 1 2 2006